**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

DANIEL SHEPLER and MICHELLE SHEPLER,

                  Plaintiffs,

v.

BIG SKY RESORT, LLC, *et al.*,

                  Defendants.

Civil Action No. 20-6839 (SDW) (LDW)

**ORDER**

November 17, 2020

**WIGENTON**, District Judge.

      Before this Court is Magistrate Judge Leda D. Wettre's ("Judge Wettre") Report and Recommendation (D.E. 18, "R&R"), dated November 2, 2020, which recommends that Defendants Big Sky Resort, LLC and Boyne USA, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (D.E. 6) be denied and that Plaintiffs Daniel Shepler and Michelle Shepler's Cross Motion to Transfer Venue to the U.S. District Court for the District of Montana (D.E. 16) be granted.  No objections to the R&R were filed.

      This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter.  Based on the foregoing, and for good cause shown, it is hereby

      **ORDERED** that Judge Wettre's R&R is **ADOPTED** as the conclusions of law of this Court.

      **SO ORDERED**.

                       /s/ Susan D. Wigenton   
                      **SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:     Parties
        Magistrate Judge Wettre